UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CLIFTON D. JOHNSON,

    Petitioner,

v.                                          Case No. 5:12-cv-598-Oc-30PRL

SECRETARY, DEPT. OF
CORRECTIONS, et al.,

    Respondents.

## ORDER OF DISMISSAL

Before the Court is Petitioner's Motion for Voluntary Dismissal. (Doc. 15). Upon due consideration, the motion is **GRANTED**. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record